UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

NOV 1 4 2006

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JAMES MARRON, on behalf of himself and others similarly situated. § § § §<br><br>Plaintiffs § §<br>ARMOR HOLDINGS, INC. and SANTANA § ACQUISITION CORP., § §<br><br>Intervenors, § §<br>vs. § §<br>STEWART & STEVENSON SERVICES, § INC., MAX LUKENS, MONROE M. § LUTHER, CHARLES R. OFNER, § CHARLES S. REAM, ROBERT S. § SULLIVAN, and JAMES M. TIDWELL. § §<br><br>Defendants. § | CIVIL ACTION NO. H-06-1394 |

**ORDER**

On this 13TH day of November, 2006, the Parties' joint stipulation of dismissal as to Intervenor Armor Holdings, Inc.'s complaint in intervention and Plaintiff James Marron's ("Marron") answer and cross-claim against Intervenors Armor Holdings, Inc. and Santana Acquisition Corp. came before the Court for consideration.

Accordingly, it is hereby ORDERED that Armor Holdings Inc.'s complaint in intervention and Marron's cross-claim against Intervenors Armor Holdings, Inc. and Santana Acquisition Corp. are DISMISSED WITHOUT PREJUDICE. There being no other claims in the above-styled and numbered action, it is therefore DISMISSED WITHOUT PREJUDICE in its entirety.

11/13/06

U. S. DISTRICT JUDGE